PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  }  Crim. No. 4:14CR00405-1

Sidi Sow

On December 1, 2014, the above-named was placed on probation for a period of 12 months. Sidi Sow has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Stephen C. Highsmith
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 10th day of March, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA