FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN -8  AM 11: 54

CLERK_____
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 414-405 |
| SIDI SOW | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant SIDI SOW without prejudice.

SO ORDERED, this 8ᵗʰ day of _June_____, 2016.


_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA